United States District Court
Southern District of Texas
ENTERED

**JUN 2 1 2010**

David J. Bradley, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**JUN 2 1 2010**

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-10-219** |
| Roberto Rufino-Jaramillo | § | |

## O R D E R

BE IT REMEMBERED on this _31_ day of _June_, 20_10_, the

Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of

the United States Magistrate Judge filed **March 26, 2010**, wherein the defendant **Roberto Rufino-Jaramillo**

waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio**

for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The

magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no

opposition by defendant **Roberto Rufino-Jaramillo** to the Report and Recommendation, the Court enters

the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted. The Court finds the Defendant **Roberto Rufino-Jaramillo guilty of the offense of alien**

**unlawfully found in the United States after deportation, having been convicted of a felony, in violation**

**of 8 U.S.C. § 1326(a) and (b)(1).**

SIGNED this the _31_ day of _June_, 20_10_.

_____
Hilda G. Tagle
United States District Judge